No. 457. KOTTEAKOS ET AL. *v.* UNITED STATES; and

No. 458. REGENBOGEN *v.* UNITED STATES. November 13, 1945. Petition for writs of certiorari to the Circuit

Court of Appeals for the Second Circuit granted. *Messrs. James I. Cuff* and *Henry G. Singer* for petitioners. *Solicitor General McGrath, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States. Reported below: 151 F. 2d 170.